PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00019-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: May 11, 2022 |
| ADRIAN ALVARADO ARREDONDO, et al., | Time: 1:00 p.m. |
| Defendants. | Honorable Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' respective counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status hearing on May 11, 2022.

2.      By this stipulation, defendants now move to vacate the May 11, 2022 status conference, set the matter for trial on November 15, 2022, and to exclude time between May 11, 2022, and November 15, 2022.  The proposed trial date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Discovery in this case has been provided, and consists of voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and more, approximately 82,000 pages/files, as well as cellular phone downloads.  Defense counsel requires additional time to review the discovery, to conduct

1  additional investigation and legal research, and to confer with his client about how to proceed in

2  this case. All of this discovery has been either produced directly to counsel and/or made

3  available for inspection and copying.

4        b)     The government has provided plea agreements in this case, which will expire on

5  May 11, 2022 if not accepted.

6        c)     Counsel for the defendants believes that failure to grant the above-requested

7  continuance would deny him/her the reasonable time necessary for effective preparation, taking

8  into account the exercise of due diligence.

9        d)     The government does not object to the continuance.

10        e)     Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of May 11, 2022 to November 15,

15  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it

16  results from a continuance granted by the Court at defendant's request on the basis of the Court's

17  finding that the ends of justice served by taking such action outweigh the best interest of the

18  public and the defendant in a speedy trial.

19      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

20  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

21  must commence.

22      IT IS SO STIPULATED.

23   Dated:  May 3, 2022                 PHILLIP A. TALBERT
                                    United States Attorney

24

25                             By:  /s/ KATHERINE E. SCHUH

26                                 KATHERINE E. SCHUH
                             Assistant United States Attorney

27

28  Dated: May 3, 2022                          /s/ *Victor Sherman*
                            Attorney for Defendant Adrian Alvarado

Dated: May 3, 2022                              /s/ *James Homola*
                                                Attorney for Defendant Alex Melchor-Guzman

Dated: May 3, 2022                              /s/ *Jeff Hammerschmidt*
                                                Attorney for Defendant Adrian Lopez

Dated: May 3, 2022                              /s/ *Nick Reyes*
                                                Attorney for Defendant Ivan Vasquez

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

1

2

**O R D E R**

3      IT IS HEREBY ORDERED that the status conference set for May 11, 2022, is vacated. A jury

4  trial is set for **November 15, 2022, at 8:30 a.m. before District Judge Dale A. Drozd**. Estimated time

5  of trial is 3 weeks. A trial confirmation is set for **October 31, 2022, at 9:00 a.m. before District Judge**

6  **Dale A. Drozd**.

7      IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as

8  requested outweigh the interest of the public and the defendants in a trial within the original date

9  prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of

10  computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

11  commence, the time period of May 11, 2022 and November 15, 2022, inclusive, is deemed excludable

12  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court

13  at the parties' request on the basis of the Court's finding that the ends of justice served by taking such

14  action outweigh the best interest of the public and the defendant in a speedy trial.

15  IT IS SO ORDERED.

16

17      Dated:   **May 4, 2022**                           /s/ *Barbara A. McAuliffe*

18                                                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28