NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
IVAN VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00019-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING |
| IVAN VASQUEZ, | |
| Defendant. | |

    Defendant, IVAN VASQUEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN J. GILIO, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, February 13, 2023, at 8:30 a.m. be continued to Monday, May 22, 2023 at 8:30 a.m. in the courtroom for the Honorable Ana de Alba, District Judge.

    The continuance is necessary and good cause exists because U.S. Probation and Defendant require additional time to complete the preparation of the Presentence Investigation Report. Defendant also requires time to complete Safety Valve requirements. The probation interview has not been completed. Unforeseen delays have prevented the timely preparation of the PSR. The probation interview has now been scheduled as

1

defendant resides in the State of Oregon.

Furthermore, the Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | May 22, 2023 |
| Reply or Statement of Non-Opposition: | May 15, 2023 |
| Formal Objections to PSR shall be filed With the Court and served on the Probation Officer and opposing counsel no later than: | May 8, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 1, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 24, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | April 10, 2023 |

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for February 13, 2023, at 8:30 a.m. be continued to May 22, 2023 at 8:30 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 02/01/2023  /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 02/01/2023  /s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   February 2, 2023

UNITED STATES DISTRICT JUDGE

2