NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
IVAN VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00019-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| IVAN VASQUEZ, | |
| Defendant. | |

Defendant, IVAN VASQUEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN J. GILIO, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, October 23, 2023, at 8:30 a.m. be continued to Monday, January 8, 2024 at 8:30 a.m. in the courtroom for the Honorable Ana de Alba, District Judge.

The continuance is necessary and good cause exists because Defendant has not completed his Safety Valve interview. This has been difficult as he resides in the state or Oregon. Both the government and the defense requires the additional time to finalize their sentencing positions. This would critically affect the outcome of the final sentence and is in the interest of justice.

1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for October 23, 2023, at 8:30 a.m. be continued to January 8, 2024 at 8:30 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: October 18, 2023

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: October 18, 2023

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   October 20, 2023

_____
UNITED STATES DISTRICT JUDGE

2